■ GERTRUDE COHEN, Respondent, v. JACK COHEN, Appellant.— Motions to dismiss appeals granted, with $10 costs, and appeals dismissed. Motion to vacate stay granted, with $10 costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ DAVID HECKLER, Appellant, v. SAMUEL HIRSCH et al., Copartners Doing Business under the Name of SAMUEL HIRSCH & SON, Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ In the Matter of EDWARD BLATNICKY, Appellant, against S. J. CIANCIMINO, as County Treasurer of Rockland County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 1 A D 2d 383.]

■ In the Matter of the Application of IVAN V. KERNO, Formerly IVAN VLADO KRNO, for Admission to the Bar.— Motion for reconsideration denied. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 1 A D 2d 972.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL MYERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 1 A D 2d 971.]

■ SYLVIA RATNER, Respondent, v. THEODORE RATNER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 1 A D 2d 983.]

■ 706 EASTERN PARKWAY CORP., Respondent, v. NATHAN STAMBLER, Appellant.— Motion for leave to appeal to the Appellate Division and for a stay denied, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ HENRY STEWART, an Infant, by his Guardian ad Litem MARY STEWART, et al., Respondents, v. MERIT DRESS DELIVERY, INC., et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.